No. 94–1371. STROIK *v.* PONSETI. C. A. 5th Cir. Certiorari denied.

No. 94–1373. REICH *v.* SPELLMAN ET AL. Ct. App. Wis. Certiorari denied.

No. 94–1376. ILIC *v.* LIQUID AIR CORP. C. A. 11th Cir. Certiorari denied.

No. 94–1377. SUN CITY TAXPAYERS' ASSN. *v.* CITIZENS UTILITIES CO. C. A. 2d Cir. Certiorari denied.

No. 94–1379. MATTIOLI ET AL. *v.* TUNKHANNOCK TOWNSHIP ET AL. Commw. Ct. Pa. Certiorari denied.

No. 94–1381. DAVIDSON BROS., INC. *v.* D. KATZ & SONS, INC., ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 94–1384. REAHARD ET UX. *v.* LEE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 94–1386. RYAN *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 94–1388. BERRY ET AL. *v.* PARRISH, KANSAS SECURITIES COMMISSIONER. Ct. App. Kan. Certiorari denied.

No. 94–1389. KELL *v.* DEPARTMENT OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 94–1390. WILLIAMS ET AL. *v.* NAGEL ET AL. Sup. Ct. Ill. Certiorari denied.

No. 94–1391. STONUM *v.* CCH COMPUTAX INC. C. A. 9th Cir. Certiorari denied.

No. 94–1394. UNDERWOOD ET AL. *v.* ALASKA ET AL. Sup. Ct. Alaska. Certiorari denied.